IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOANNE GLENN, ET AL.** | § | **PLAINTIFFS** |
| | § | |
| v. | § | Civil No. 1:12CV227HSO-RHW |
| | § | |
| **IMPERIAL PALACE OF MISSISSIPPI,** | § | |
| **LLC, ET AL.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on Defendants' Motion to Dismiss [15] filed September 17, 2012, and Defendants' Motion for Reconsideration [55] filed May 21, 2013. The Court, after a review and consideration of Defendants' Motions, the pleadings on file, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**, pursuant to FED. R. CIV. P. 12(b)(6).

**SO ORDERED AND ADJUDGED**, this the 12th day of July, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE